UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
CARTER, RANDY                       §     Case No. 10-03863 PSH
CARTER, CRYSTAL                     §
                                    §
                                    §
            Debtor(s)               §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joseph A. Baldi_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-03863 | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | | Date Filed (f) or Converted (c): | 01/31/10 (f) |
| | CARTER, CRYSTAL | | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 01/28/14 | | | Claims Bar Date: | 09/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |
| 2. 1) single family home, purchased 2006; pp.: $409,0 Stay lifted 4/8/10 | 335,000.00 | 0.00 | | 0.00 | FA |
| 3. 2) two flat, purchased 1999; pp: $109,000; Locatio Stay lifted 4/8/10 | 185,000.00 | 0.00 | | 0.00 | FA |
| 4. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. checking account at Citibank | 500.00 | 0.00 | | 0.00 | FA |
| 6. checking account at Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7. savings account at Citibank | 10.00 | 0.00 | | 0.00 | FA |
| 8. money market account at Citibank | 5.00 | 0.00 | | 0.00 | FA |
| 9. household goods and furnishings; linens, dishes, p | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. books, pictures | 25.00 | 0.00 | | 0.00 | FA |
| 11. necessary personal clothing; bible; textbooks; pic | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 13. firearms - three handguns | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. camera equipment | 100.00 | 0.00 | | 0.00 | FA |
| 15. pension plan | 0.00 | 0.00 | | 0.00 | FA |
| 16. estimated 2009 US & IL tax refunds | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 17. estimated 2009 US & IL tax refunds - certain porti | 5,000.00 | 3,789.00 | | 3,789.00 | FA |
| 18. 2001 Ford F150 (115,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 19. 1999 Toyota Corolla | 3,000.00 | 0.00 | | 0.00 | FA |
| 20. computer, fax machine, office supplies, telephone, | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. Retroactive back pay to policemen (u) Debtor claimed exemption for wages, trustee objected. Exemption disallowed per order 1/26/12. Agreed to take $6,082 over 16 months through September, 2013 | 10,032.75 | 6,082.00 | | 6,082.02 | FA |

Case 10-03863   Doc 51   Filed 02/11/14   Entered 02/11/14 14:27:13   Desc Main
Document   Page 4 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No.: 10-03863  Judge: Pamela S. Hollis  Trustee Name: Joseph A. Baldi
Case Name: CARTER, RANDY  Date Filed (f) or Converted (c): 01/31/10 (f)
CARTER, CRYSTAL  341(a) Meeting Date: 03/12/10
Claims Bar Date: 09/16/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $552,172.75   $12,871.00     $12,872.80   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered non-exempt portion of tax refund; Trustee investigated potential recovery of backpay owed to Debtors as of the petition date and determined that Debtors received approximately $10,000 in back pay after the petition date; Trustee made demand upon the Debtors to turnover the back pay received; Debtors filed amended exemptions claiming the backpay as exempt; Trustee objected to Debtor's amended exemption which claimed 85% of backpay exempt. Debtors responded to Trustee's objection. Court's ordered in favor of Trustee and exemption was disallowed; Trustee monitored payments from Debtors; Trustee reviewed claims and prepared TFR

Initial Projected Date of Final Report (TFR): 10/15/11   Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-03863 -PSH | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | CARTER, RANDY | Bank Name: | Associated Bank |
| | CARTER, CRYSTAL | Account Number / CD #: | *******6727 Checking Account |
| Taxpayer ID No: | *******4921 | | |
| For Period Ending: | 01/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | | | | | 12,712.96 | 12,712.96 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | | | | -10.00 | | 12,702.96 |

| Account *******6727 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
| --- | --- | --- | --- | --- | --- |
| 0 | Deposits | 0.00 | | 1 Adjustments Out | 10.00 |
| 0 | Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 10.00 |
| 1 | Transfers In | 12,712.96 | | | |
| | Total | $ 12,712.96 | | | |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-03863 -PSH |
| Case Name: | CARTER, RANDY |
| | CARTER, CRYSTAL |
| Taxpayer ID No: | *******4921 |
| For Period Ending: | 01/28/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6422 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/29/10 | 16, 17 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | Tax Refund | 6,789.00 | | | | | 6,789.00 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,789.16 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 6,789.34 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,789.51 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,789.68 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,789.85 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,790.02 |
| 01/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,790.19 |
| 02/28/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,790.24 |
| 03/16/11 | | Transfer to Acct #*******6878 | Bank Funds Transfer | | | | | -9.44 | 6,780.80 |
| 03/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,780.86 |
| 04/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,780.91 |
| 05/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,780.97 |
| 06/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,781.03 |
| 07/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,781.08 |
| 08/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,781.14 |
| 09/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,781.20 |
| 10/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,781.26 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -8.64 | | 6,772.62 |
| 11/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,772.68 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -8.35 | | 6,764.33 |
| 12/14/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.02 | | | | 6,764.35 |
| 12/14/11 | | Transfer to Acct #*******6878 | Final Posting Transfer<br>To close MM in order to have one estate account | | | | | -6,764.35 | 0.00 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Bank of America, N.A. |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******6422 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 01/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account *******6422 | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 6,789.00 | 0 Checks | 0.00 |
| | 18 | Interest Postings | 1.78 | 2 Adjustments Out | 16.99 |
| | | | | 2 Transfers Out | 6,773.79 |
| | | Subtotal | $ 6,790.78 | | |
| | | | | Total | $ 6,790.78 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 6,790.78 | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-03863 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CARTER, RANDY | Bank Name: | Bank of America, N.A. |
| | CARTER, CRYSTAL | Account Number / CD #: | *******6878 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | |
| For Period Ending: | 01/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6422 | Bank Funds Transfer | | | | | 9.44 | 9.44 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | | | 9.44 | | | 0.00 |
| | | 701 Poydras Street #420 | | | | | | | |
| | | New Orleans, LA 70139 | | | | | | | |
| 12/14/11 | | Transfer from Acct #*******6422 | Transfer In From MMA Account | | | | | 6,764.35 | 6,764.35 |
| | | | To close MM in order to have one estate account | | | | | | |
| 12/29/11 | | Transfer to Acct #*******2889 | Bank Funds Transfer | | | | | -6,764.35 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Account *******6878 | Balance Forward | 0.00 | | | |
| 0 Deposits | 0.00 | 1 Checks | 9.44 | | |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 | | |
| Subtotal | $ 0.00 | 1 Transfers Out | 6,764.35 | | |
| 0 Adjustments In | 0.00 | Total | $ 6,773.79 | | |
| 2 Transfers In | 6,773.79 | | | | |
| Total | $ 6,773.79 | | | | |

UST Form 101-7-TFR (5/1/2011)  *(Page: 8)*

LFORM2XT

Ver: 17.04b

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 01/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******6878 | Bank Funds Transfer | | | | | 6,764.35 | 6,764.35 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | | | 5.35 | | | 6,759.00 |
| 06/26/12 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 7,159.00 |
| 07/17/12 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 7,559.00 |
| 08/21/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 7,959.00 |
| 09/26/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 8,359.00 |
| 10/30/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 8,759.00 |
| 12/04/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 9,159.00 |
| 01/18/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 9,559.00 |
| 01/18/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 9,959.00 |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street #420 | Bond Premium Payment<br>BOND # 016026455 | | | 8.04 | | | 9,950.96 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 01/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | | | |
| 02/28/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | settlement with debtor | 400.00 | | | | | 10,350.96 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | | | | 10.00 | | 10,360.96 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | | | | -10.00 | | 10,350.96 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition.<br>~JMM 4.10.13 | | | | -10.00 | | 10,340.96 |
| 04/11/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 10,740.96 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -10.98 | | 10,729.98 |
| 04/23/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT | 400.00 | | | | | 11,129.98 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 | | | | -10.98 | | 11,119.00 |

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 01/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | days. 6/21/13 ~JMM | | | | | | |
| 06/05/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 11,519.00 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | | | | -11.81 | | 11,507.19 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -11.76 | | 11,495.43 |
| 07/22/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT | 882.02 | | | | | 12,377.45 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -12.48 | | 12,364.97 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -13.13 | | 12,351.84 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -12.69 | | 12,339.15 |
| 10/30/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 400.00 | | | | | 12,739.15 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | | | | -13.11 | | 12,726.04 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | | | | -13.08 | | 12,712.96 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | | | | | -12,712.96 | 0.00 |

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 01/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---:|---|---:|
| Account *******2889 | Balance Forward | 0.00 | | |
| 14 | Deposits | 6,082.02 | 2 Checks | 13.39 |
| 0 | Interest Postings | 0.00 | 10 Adjustments Out | 120.02 |
| | | | 1 Transfers Out | 12,712.96 |
| | Subtotal | $ 6,082.02 | | |
| | | | Total | $ 12,846.37 |
| 2 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 6,764.35 | | |
| | Total | $ 12,846.37 | | |

| | | | | |
|---|---|---:|---|---:|
| Report Totals | Balance Forward | 0.00 | | |
| 15 | Deposits | 12,871.02 | 3 Checks | 22.83 |
| 18 | Interest Postings | 1.78 | 13 Adjustments Out | 147.01 |
| | | | 4 Transfers Out | 26,251.10 |
| | Subtotal | $ 12,872.80 | | |
| | | | Total | $ 26,420.94 |
| 2 | Adjustments In | 0.00 | | |
| 4 | Transfers In | 26,251.10 | | |
| | Total | $ 39,123.90 | Net Total Balance | $ 12,702.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

LFORM2XT

Ver: 17.04b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2014 |
|---|---|---|---|---|---|---|

Case Number:  10-03863  
Debtor Name:  CARTER, RANDY  

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg | Administrative | | | | $4,243.50 | $0.00 | $4,243.50 |
| 001<br>2100-00 | Joseph A. Baldi, Trustee | Administrative | | | | $2,037.28 | $0.00 | $2,037.28 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | <br>4437856878<br>9010012889 | <br>03/16/11<br>02/07/12 | <br>1001<br>1001 | $14.79 | $14.79<br>9.44<br>5.35 | $0.00 |
| | Subtotal for Class Administrative | | | | | $6,295.57 | $14.79 | $6,280.78 |
| 000001<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | | | $4,626.46 | $0.00 | $4,626.46 |
| 000002<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | | | $9,552.29 | $0.00 | $9,552.29 |
| 000003<br>080<br>7200-00 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | | | $2,935.94 | $0.00 | $2,935.94 |
| | Subtotal for Class Unsecured | | | | | $17,114.69 | $0.00 | $17,114.69 |
| | Case Totals: | | | | | $23,410.26 | $14.79 | $23,395.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                            Exhibit D

Case No.: 10-03863 PSH
Case Name: CARTER, RANDY
          CARTER, CRYSTAL
Trustee Name: Joseph A. Baldi

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Advanta Bank Corp. in receivership of | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance          $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE