# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
CARTER, RANDY § Case No. 10-03863
CARTER, CRYSTAL § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m., on Thursday, March 13, 2014
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner_____
                                    Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CARTER, RANDY § Case No. 10-03863
CARTER, CRYSTAL §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,872.80 |
| and approved disbursements of | $ | 180.02 |
| leaving a balance on hand of[1] | $ | 12,692.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 2,037.28 | $ 0.00 | $ 2,037.28 |
| Attorney for Trustee Fees: Baldi Berg | $ 4,243.50 | $ 0.00 | $ 4,243.50 |
| Other: International Sureties | $ 24.97 | $ 24.97 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,280.78 |
| Remaining Balance | | $ | 6,412.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,178.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 4,626.46 | $ 0.00 | $ 2,092.21 |
| 000002 | Chase Bank USA, N.A. | $ 9,552.29 | $ 0.00 | $ 4,319.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,412.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,935.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Advanta Bank Corp. in receivership of | $ 2,935.94 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/_____
                   Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                              Case No. 10-03863-PSH
Randy Carter                                                        Chapter 7
Crystal Carter
          Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2        Date Rcvd: Feb 13, 2014
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2014.
db/jdb        +Randy Carter,    Crystal Carter,    5857 N. Central Avenue,    Chicago, IL 60646-5502
17082797       Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
15043822      +Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
15043828     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Business Card,      PO Box 688901,    Des Moines, IA 50368-8901)
15043824       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
15808793       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15043829      +Citicards,   PO Box 6000,    The Lakes, NV 89163-0001
15043832      +Indymac Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
15043831      +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
15043834      +Walinski & Trunkett, P.C.,    25 East Washington, Suite 1221,     Chicago, IL 60602-1875
15043836      +Wf Fin Bank,    3201 North 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15043819       E-mail/Text: bkr@cardworks.com Feb 13 2014 20:54:14     Advanta Bank Corp,    PO Box 8088,
                Philadelphia, PA 19101
15043818       E-mail/Text: bkr@cardworks.com Feb 13 2014 20:54:14     Advanta Bank Corp,    Po Box 844,
                Spring House, PA 19477
15043820      +E-mail/Text: ACF-EBN@acf-inc.com Feb 13 2014 20:54:20      Atlantic Credit  Finance,
                P O Box 13386,   Roanoke, VA 24033-3386
15043821      +E-mail/Text: ACF-EBN@acf-inc.com Feb 13 2014 20:54:20      Atlantic Credit & Finance,
                2727 Franklin Road SW,    Roanoke, VA 24014-1011
15043823      +E-mail/Text: bankruptcy@arvest.com Feb 13 2014 20:55:39      Central Mortgage Co,
                801 John Barrow Rd Ste 1,    Little Rock, AR 72205-6511
15043825      +E-mail/Text: rdavis@cpdfcu.com Feb 13 2014 20:55:03      Chicago Patrolmans Credit Union,
                1359 West Washington Blvd.,    Chicago, IL 60607-1905
15043826      +E-mail/Text: rdavis@cpdfcu.com Feb 13 2014 20:55:03      Chicago Patrolmans Fcu,
                1359 W Washington Blvd,    Chicago, IL 60607-1905
15043827      +E-mail/Text: rdavis@cpdfcu.com Feb 13 2014 20:55:03      Chicago Patrolmans Fcu,
                1359 W. Washington,    Chicago, IL 60607-1905
15043833      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2014 20:56:37       Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15043830    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
15043835     ##Wells Fargo Financial,   P.O. Box 98791,    Las Vegas, NV 89193-8791
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2014 at the address(es) listed below:
          Joel P Fonferko   on behalf of Creditor    OneWest Bank, FSB ND-One@il.cslegal.com
          Joseph A Baldi   on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                   Date Rcvd: Feb 13, 2014
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Lorraine M Greenberg    on behalf of Debtor Randy  Carter lgreenberg@greenberglaw.net, lmganda@gmail.com
         Lorraine M Greenberg    on behalf of Joint Debtor Crystal  Carter lgreenberg@greenberglaw.net, lmganda@gmail.com
         Lydia Y Siu   on behalf of Creditor   Central Mortgage Company lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                     TOTAL: 7