UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| CARTER, RANDY | § | Case No. 10-03863 |
| CARTER, CRYSTAL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Joseph A. Baldi _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Central Mortgage Co 801 John Barrow Rd Ste 1 Little Rock, AR 72205 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Indymac Bank 6900 Beatrice Drive Kalamazoo, MI 49003 | | | | | |
| | Indymac Bank 7700 W Parmer Ln Bldg D 2nd Floor Austin, TX 78729 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | Atlantic Credit & Finance 2727 Franklin Road SW Roanoke, VA 24014 | | | | | |
| | Atlantic Credit Finance P O Box 13386 Roanoke, VA 24033 | | | | | |
| | Blitt & Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | | | | |
| | Chicago Patrolmans Credit Union 1359 West Washington Blvd. Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 |  |  |  |  |  |
|  | Chicago Patrolmans Fcu 1359 W. Washington Chicago, IL 60607 |  |  |  |  |  |
|  | Citi Business Card PO Box 688901 Des Moines, IA 50368-8901 |  |  |  |  |  |
|  | Citicards PO Box 6000 The Lakes, NV 89163 |  |  |  |  |  |
|  | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 |  |  |  |  |  |
|  | Walinski & Trunkett, P.C. 25 East Washington, Suite 1221 Chicago, IL 60602 |  |  |  |  |  |
|  | Wells Fargo Financial P.O. Box 98791 Las Vegas, NV 89193-8791 |  |  |  |  |  |
|  | Wf Fin Bank 3201 North 4th Ave Sioux Falls, SD 57104 |  |  |  |  |  |
| 000001 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-03863 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Date Filed (f) or Converted (c): | 01/31/10 (f) |
| | CARTER, CRYSTAL | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 04/15/14 | | Claims Bar Date: | 09/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |
| 2. 1) single family home, purchased 2006; pp.: $409,0 | 335,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted 4/8/10 | | | | | |
| 3. 2) two flat, purchased 1999; pp: $109,000; Locatio | 185,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted 4/8/10 | | | | | |
| 4. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. checking account at Citibank | 500.00 | 0.00 | | 0.00 | FA |
| 6. checking account at Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7. savings account at Citibank | 10.00 | 0.00 | | 0.00 | FA |
| 8. money market account at Citibank | 5.00 | 0.00 | | 0.00 | FA |
| 9. household goods and furnishings; linens, dishes, p | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. books, pictures | 25.00 | 0.00 | | 0.00 | FA |
| 11. necessary personal clothing; bible; textbooks; pic | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 13. firearms - three handguns | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. camera equipment | 100.00 | 0.00 | | 0.00 | FA |
| 15. pension plan | 0.00 | 0.00 | | 0.00 | FA |
| 16. estimated 2009 US & IL tax refunds | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 17. estimated 2009 US & IL tax refunds - certain porti | 5,000.00 | 3,789.00 | | 3,789.00 | FA |
| 18. 2001 Ford F150 (115,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 19. 1999 Toyota Corolla | 3,000.00 | 0.00 | | 0.00 | FA |
| 20. computer, fax machine, office supplies, telephone, | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. Retroactive back pay to policemen (u) | 10,032.75 | 6,082.00 | | 6,082.02 | FA |
| Debtor claimed exemption for wages, trustee objected. Exemption disallowed per order 1/26/12. Agreed to take $6,082 over 16 months through September, 2013 | | | | | |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.05c

Case 10-03863 Doc 58 Filed 05/08/14 Entered 05/08/14 13:38:47 Desc Main
Document Page 10 of 18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-03863 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Date Filed (f) or Converted (c): | 01/31/10 (f) |
| | CARTER, CRYSTAL | | 341(a) Meeting Date: | 03/12/10 |
| | | | Claims Bar Date: | 09/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $552,172.75 | $12,871.00 | | $12,872.80 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered non-exempt portion of tax refund; Trustee investigated potential recovery of backpay owed to Debtors as of the petition date and determined that Debtors received approximately $10,000 in back pay after the petition date; Trustee made demand upon the Debtors to turnover the back pay received; Debtors filed amended exemptions claiming the backpay as exempt; Trustee objected to Debtor's amended exemption which claimed 85% of backpay exempt. Debtors responded to Trustee's objection. Court's ordered in favor of Trustee and exemption was disallowed; Trustee monitored payments from Debtors; Trustee reviewed claims and prepared TFR

Initial Projected Date of Final Report (TFR): 10/15/11    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03863 -PSH |
| Case Name: | CARTER, RANDY |
| | CARTER, CRYSTAL |
| Taxpayer ID No: | *******4921 |
| For Period Ending: | 04/15/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6727 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 12,712.96 | | 12,712.96 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,702.96 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 10.18 | 12,692.78 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/14/14 | 003002 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 2,037.28 | 10,655.50 |
| 03/14/14 | 003003 | Baldi Berg | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,243.50 | 6,412.00 |
| 03/14/14 | 003004 | Chase Bank USA, N.A. | Claim 000001, Payment 45.22270% | 7100-900 | | 2,092.21 | 4,319.79 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 03/14/14 | 003005 | Chase Bank USA, N.A. | Claim 000002, Payment 45.22256% | 7100-900 | | 4,319.79 | 0.00 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account *******6727 | | Balance Forward | 0.00 | | | | |
| 0 | Deposits | | 0.00 | 5 | Checks | | 12,702.96 |
| 0 | Interest Postings | | 0.00 | 1 | Adjustments Out | | 10.00 |
| | | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ | 0.00 | | | | |
| | | | | | Total | $ | 12,712.96 |
| 0 | Adjustments In | | 0.00 | | | | |
| 1 | Transfers In | | 12,712.96 | | | | |
| | Total | $ | 12,712.96 | | | | |

LFORM2T4  UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.05c

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Bank of America, N.A. |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******6422 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/10 | 16, 17 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | Tax Refund | 1124-000 | 6,789.00 | | 6,789.00 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,789.16 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,789.34 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,789.51 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,789.68 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,789.85 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,790.02 |
| 01/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,790.19 |
| 02/28/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,790.24 |
| 03/16/11 | | Transfer to Acct #*******6878 | Bank Funds Transfer | 9999-000 | | 9.44 | 6,780.80 |
| 03/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,780.86 |
| 04/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,780.91 |
| 05/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,780.97 |
| 06/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,781.03 |
| 07/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,781.08 |
| 08/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,781.14 |
| 09/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,781.20 |
| 10/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,781.26 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.64 | 6,772.62 |
| 11/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,772.68 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.35 | 6,764.33 |
| 12/14/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,764.35 |
| 12/14/11 | | Transfer to Acct #*******6878 | Final Posting Transfer<br>To close MM in order to have one estate account | 9999-000 | | 6,764.35 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.05c

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03863 -PSH |
| Case Name: | CARTER, RANDY |
| | CARTER, CRYSTAL |
| Taxpayer ID No: | *******4921 |
| For Period Ending: | 04/15/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6422  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6422

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 6,789.00 | 0 | Checks | 0.00 |
| 18 | Interest Postings | 1.78 | 2 | Adjustments Out | 16.99 |
| | | | 2 | Transfers Out | 6,773.79 |
| | Subtotal | $ 6,790.78 | | | |
| | | | | Total | $ 6,790.78 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 6,790.78 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Bank of America, N.A. |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******6878  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6422 | Bank Funds Transfer | 9999-000 | 9.44 | | 9.44 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 9.44 | 0.00 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 12/14/11 | | Transfer from Acct #*******6422 | Transfer In From MMA Account | 9999-000 | 6,764.35 | | 6,764.35 |
| | | | To close MM in order to have one estate account | | | | |
| 12/29/11 | | Transfer to Acct #*******2889 | Bank Funds Transfer | 9999-000 | | 6,764.35 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******6878 | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 9.44 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 6,764.35 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 6,773.79 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 6,773.79 | | | |
| | Total | $ 6,773.79 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-03863 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | CARTER, RANDY | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******6878 | Bank Funds Transfer | 9999-000 | 6,764.35 | | 6,764.35 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 5.35 | 6,759.00 |
| 06/26/12 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 7,159.00 |
| 07/17/12 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 7,559.00 |
| 08/21/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 7,959.00 |
| 09/26/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 8,359.00 |
| 10/30/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 8,759.00 |
| 12/04/12 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 9,159.00 |
| 01/18/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 9,559.00 |
| 01/18/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 9,959.00 |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 8.04 | 9,950.96 |
| 02/28/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | settlement with debtor | 1249-000 | 400.00 | | 10,350.96 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 10,360.96 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 10,350.96 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 10,340.96 |
| 04/11/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 10,740.96 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.98 | 10,729.98 |
| 04/23/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave | SETTLEMENT | 1249-000 | 400.00 | | 11,129.98 |

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/13 | | Chicago, IL 60646-5502<br>CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.98 | 11,119.00 |
| 06/05/13 | 21 | RANDY CARTER<br>5857 N. Central Ave<br>Chicago, IL 60646 | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 11,519.00 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 11.81 | 11,507.19 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 11.76 | 11,495.43 |
| 07/22/13 | 21 | Randy Carter<br>Crystal Carter<br>5857 N. Central Ave<br>Chicago, IL 60646-5502 | SETTLEMENT | 1249-000 | 882.02 | | 12,377.45 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.48 | 12,364.97 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.13 | 12,351.84 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.69 | 12,339.15 |
| 10/30/13 | 21 | RANDY CARTER | SETTLEMENT REC: DEBTOR | 1249-000 | 400.00 | | 12,739.15 |

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03863 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | CARTER, RANDY | | Bank Name: | Congressional Bank |
| | CARTER, CRYSTAL | | Account Number / CD #: | *******2889  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4921 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | | 5857 N. Central Ave<br>Chicago, IL 60646<br>CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.11 | 12,726.04 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 13.08 | 12,712.96 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 12,712.96 | 0.00 |

```
Account *******2889        Balance Forward          0.00
                      14   Deposits            6,082.02         2   Checks              13.39
                       0   Interest Postings       0.00        10   Adjustments Out    120.02
                                                                1   Transfers Out   12,712.96
                           Subtotal       $    6,082.02
                                                                    Total         $ 12,846.37
                       2   Adjustments In         0.00
                       1   Transfers In       6,764.35

                           Total          $   12,846.37
```

```
Report Totals              Balance Forward         0.00
                      15   Deposits           12,871.02         8   Checks          12,725.79
                      18   Interest Postings      1.78         13   Adjustments Out    147.01
                                                                4   Transfers Out   26,251.10
                           Subtotal       $   12,872.80
                                                                    Total         $ 39,123.90
                       2   Adjustments In         0.00
                       4   Transfers In      26,251.10

                           Total          $   39,123.90              Net Total Balance   $     0.00
```

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 18)

Ver: 17.05c